IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 3:12-00075<br>Chief Judge Haynes |
| v. | ) ) | |
| ALBERTO RUIZ, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Before the Court is the Defendant's motion to correct judgment (Docket Entry No. 124) that the United States does not oppose. (Docket Entry No. 126).

Accordingly, this motion is **GRANTED** and the Defendant's sentence in this action shall be served concurrent with his state sentence in Williamson County, Case No. I-CR-067371.

Pursuant to Fed. R. Crim. P. 36, it is so **ORDERED**.

ENTERED this the _14th_ day of May, 2014

WILLIAM J. HAYNES, JR.
Chief United States District Judge